■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATTHEWS, Appellant. [56 NYS3d 462]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Quinn, J.), rendered March 24, 2015, convicting him of burglary in the third degree (five counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of the effective assistance of counsel at his competency hearing is without merit, as defense counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708, 712 [1998]; *People v Baldi*, 54 NY2d 137, 147 [1981]; *see also People v Sulaiman*, 134 AD3d 860, 860 [2015]).

To the extent that the defendant contends that his plea of guilty was not knowingly, voluntarily, and intelligently entered, this contention is unpreserved for appellate review, since he did not move to withdraw the plea (*see People v Morris*, 147 AD3d 1083, 1084 [2017]; *People v Pryor*, 11 AD3d 565, 566 [2004]). In any event, the defendant's plea was knowingly, voluntarily, and intelligently made (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]). There is no basis in the record to support the conclusion that the defendant lacked the capacity to understand the proceedings against him or that he was unable to assist in his own defense (*see People v Morris*, 147 AD3d at 1084; *People v Sulaiman*, 134 AD3d at 861; *People v Godfrey*, 33 AD3d 623, 624 [2006]). Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.